affirmed, with ten dollars costs and disbursements; examination to proceed on five days' notice. No opinion. Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ., concur.

CATHERINE ROHRIG, Respondent, v. MONTAUK REALTY SECURITY CO., INC., Appellant.— Order denying motion to amend judgment affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ., concur.

ALLIE ROSENFELD, Appellant, v. EDWARD B. HITTLEMAN, Respondent.— Order denying plaintiff's motion for an injunction *pendente lite* affirmed, with ten dollars costs and disbursements. In the circumstances the denial was not error and, under the rule in *Schenck* v. *Underhill* (205 App. Div. 162), the exercise of discretion by the Special Term should not be disturbed. Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ., concur.

PAULINE SILVERING, Appellant, v. JOSEPH GIMPEL, Respondent.— Order modifying judgment by eliminating therefrom the provision relating to the notes therein and permitting defendant to proceed with the collection of said notes reversed on the law, with ten dollars costs and disbursements, and matter remitted to the Special Term for determination of that part of the application which seeks to set aside the judgment and for a new trial. The court had no power to modify the judgment. (*Herpe* v. *Herpe*, 225 N. Y. 323.) Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ., concur.

WILLIAM EDWARD SMITH, Respondent, v. JACOB KLEIN and Another, Appellants. — Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

JANINE VANDERHEIM, an Infant, by Her Guardian ad Litem, EMILY F. VANDERHEIM, and EMILY F. VANDERHEIM, Respondents, v. HELEN HOCKING, Appellant. — Order granting motion to compel defendant to accept the bill of particulars theretofore served on her attorney reversed on the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. Plaintiffs granted ten days from service of a copy of the order herein in which to serve a bill of particulars as directed. Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ., concur.

WESLEY WAIT, Appellant, v. CITY OF NEWBURGH, Respondent.— Order and judgment unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

WESTCHESTER AUTOMATIC HEAT, INC., Respondent, v. NATHAN E. DERECKTOR and LINGRACE REALTY CORPORATION, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

BENJAMIN WILD, Respondent, v. ABRAHAM KAUFMAN, Defendant, and EAGLE STAR AND BRITISH DOMINIONS INSURANCE COMPANY, Appellant.— Order granting, on condition, plaintiff's motion to vacate judgment affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ., concur.

S. LEIGHTON FROOKS, Appellant, v. WILL N. CLURMAN and SOL FEINBERG, Respondents.— Orders granting on condition defendants' motions to open default affirmed, in so far as appealed from, with ten dollars costs and disbursements to each defendant. No opinion. Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ., concur.